

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-15-01108-CR

Style:      Alan Nelson Crotts

     v. The State of Texas

Date motion filed*:      February 21, 2017

Type of motion:      Motion to Transfer Venue

Party filing motion:      Appellant

Document to be filed:

Is appeal accelerated?      No

If motion to extend time:
     Original due date:
     Number of previous extensions granted:      Current Due date:
     Date Requested:

Ordered that motion is:

☐      Granted

     If document is to be filed, document due:

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☑      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

☐      Other: _____

**To the extent that appellant's February 21, 2017 motion requests transfer of his appeal to the Fourteenth Court of Appeals, it is denied.**

Judge's signature:    /s/ Terry Jennings
         ☑ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: March 21, 2017